UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :    MISDEMEANOR INFORMATION

        - v. -                      :
                                         07 Cr.
JIAN CHEN,                          :
    a/k/a "Edward,"                         **07 CRIM 1048**
                                    :
            Defendant.
                                    :
- - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

From in or about July 2007, through on or about August 29, 2007, in the Southern District of New York and elsewhere, JIAN CHEN, a/k/a "Edward," the defendant, being an agent and employee of a national bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, unlawfully, willfully, and knowingly, did embezzle, abstract, purloin and willfully misapply money, funds, and assets intrusted to the custody and care of such bank, to wit, CHEN removed, for his own use, funds from the teller box that he controlled at the Bank of America Branch at 50 Bayard Street, New York, New York, and in so doing was responsible for the theft of an amount less than $1,000.

        (Title 18, United States Code, Section 656.)

        */s/ Michael J. Garcia*
        MICHAEL J. GARCIA
        United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 16 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JIAN CHEN,
a/k/a "Edward,"

Defendant.

<u>Misdemeanor Information</u>
07 Cr. (___)

(18 U.S.C. § 656)

MICHAEL J. GARCIA
United States Attorney.

Nov. 16, 2007
Filed Misdemeanor Information Filed Consent to Proceed Before USMJ in a Misdemeanor Case. Deft pres w/atty David Patton. AUSA Randall Jackson present. Deft pleads guilty as charged. Court accepts the plea. PSI Ordered. Sentence set for Feb. 15, 2008 @ 10:00. Deft. cont'd released.

Freeman, USMJ